AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Reverend Franklin C Reaves, Ph.D., et al <br> *Plaintiff* <br> v. <br> Robert Stetson, Danny Gardner, et al., <br> *Defendant* | ) ) ) ) ) ) | Civil Action No. 4:09-cv-817-TLW-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is, hereby, dismissed *without prejudice* due to Plaintiff's failure to comply with this Court's Order and failure to prosecute the case.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, United States District Judge

Date: August 31, 2010

*CLERK OF COURT*

s/Meredith Cotton
*Signature of Clerk or Deputy Clerk*